# United States District Court

EASTERN DISTRICT OF WISCONSIN

### JUDGMENT IN A CIVIL CASE

**LELAND FOSTER,**

                Plaintiff,

        V.                      CASE NUMBER:  **15-C-1075**

**SHAZZY, INC., a Wisconsin Corporation,**

                Defendant.

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by Court.  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that pursuant to stipulation of the parties, this action is hereby dismissed without prejudice with jurisdiction of this Court reserved to enforce the terms and conditions of the Release and Settlement Agreement.**

**This action is hereby DISMISSED WITHOUT PREJUDICE.**

**The "without prejudice" language shall not allow the parties to reopen issues resolved by this dismissal.**

    **July 29, 2016**                                    JON W. SANFILIPPO
Date                                                          Clerk

                                                                   s/ Linda M. Zik
                                                                   (By) Deputy Clerk